UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: HSBC Bank USA, N.A., Debit Card Overdraft Fee Litigation | Civil Action No.  2:13-md-02451-ADS-AKT<br><br>Hon. A. Kathleen Tomlinson |

## DISCOVERY STATUS REPORT

The following status report is submitted by defendants HSBC Bank USA, N.A., HSBC USA Inc. and HSBC North America Holdings Inc. (collectively, "HSBC") in accord with this Court's August 6, 2013 order (the "Order").  Pursuant to the Order, HSBC filed reports on August 22, September 12 and October 3, 2013.  On October 7, 2013, HSBC provided plaintiffs with its privilege log.  The parties have since had a few disputes over the privilege log, which, thus far, they have been able to resolve informally.

On October 24, 2013, HSBC made a supplemental production of manually pulled transaction-related records.  HSBC will continue to manually pull and produce transaction related data on a rolling basis until complete.

Pursuant to this Court's Order, HSBC will provide an additional status update on November 14, 2013.


Dated:  October 24, 2013

STROOCK & STROOCK & LAVAN LLP

    JULIA B. STRICKLAND
    LISA M. SIMONETTI
    JOSEPH E. STRAUSS
    WESLEY M. GRIFFITH

By: _____*/s/ Lisa M. Simonetti*_____
    Lisa M. Simonetti
    Julia B. Strickland
    Wesley M. Griffith

LA 51692625

        STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, CA 90067-3086
Telephone:  (310) 556-5800
Facsimile:  (310) 556-5959

Joseph E. Strauss
STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, NY 10038-4982
Telephone:  (212) 806-5400
Facsimile:  (212) 806-6006

Attorneys for Defendants

    HSBC BANK USA, N.A., HSBC USA INC.,
    and HSBC NORTH AMERICA HOLDINGS
    INC.

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In Re: HSBC Bank USA, N.A., Debit Card Overdraft Fee Litigation | Civil Action No.  2:13-md-02451-ADS-AKT<br><br>Hon. A. Kathleen Tomlinson |

PROOF OF SERVICE

    I, Lisa M. Simonetti, counsel for HSBC Bank USA, N.A., HSBC USA Inc. and HSBC North America Holdings Inc., hereby certify that a copy of the foregoing DISCOVERY STATUS REPORT was served by the Court's CM/ECF system and/or First Class Mail on October 24, 2013, on the following:

| | |
|---|---|
| Jonathan W. Cuneo<br>Cuneo Gilbert & LaDuca, LLP<br>507 C Street NE<br>Washington, DC  20002<br>Telephone:  202-789-3960<br>Fax:  202-789-1813<br>Email:  jonc@cuneolaw.com | *Counsel for Plaintiff Leah Hanes*<br>*Case No. 1:13-cv-00229-TSE-TCB* |

Robert J. Cynkar
Cuneo, Gilbert & LaDuca LLP
507 C Street, Ne
Washington, DC  20002
Telephone:  202-587-5063
Fax:  202-789-1813
Email: rcynkar@cuneolaw.com

Daniel M. Cohen
Cuneo Gilbert & LaDuca LLP
106-A South Columbus Street
Alexandria, VA  22314
Telephone:  202-789-3960
Fax:  202-789-1813
Email:  danielc@cuneolaw.com

Sandra Cuneo
Cuneo Gilbert & LaDuca
11620 Wilshire Blvd, Suite 900
Los Angeles, CA 90025
Telephone:  310-582-5939
Fax:  310-582-5943
Email: scuneo@cuneolaw.com

Aron K. Liang
Cotchett, Pitre & McCarthy, LLP
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone:  650-697-6000
Fax:  650-697-0577
Email: aliang@cpmlegal.com

Nancy L. Fineman
Cotchett, Pitre & McCarthy, LLP
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone:  650-697-6000
Fax:  650-697-0577
Email: nfineman@cpmlegal.com

Brian S. Cohen                                            *Counsel for Darek Jura*
Cohen Law Group, P.C.                          *Case No. 1:12-cv-06224-ADS-AKT*
2 Greenwich Office Park , Suite 300
Greenwich, CT  06831
203-485-7525
Fax: 203-485-7526
Email:  brian@cohenlg.com

Timothy J. MacFall
Rigrodsky & Long, P.A.
825 East Gate Blvd., Suite 300
Garden City, NY  11530
Telephone:  516-683-3516
Fax:  302-654-7530
Email: tjm@rigrodskylong.com
Email:  oap@rigrodskylong.com

LA 51692625

Scott B. Fisher
Jaspan Schlesinger LLP
300 Garden City Plaza
Garden City, NY  11530
Telephone:  516-746-8000
Fax:  516-393-8282
Email: sschlesinger@jshllp.com

Steven R. Schlesinger
Jaspan, Schlesinger & Hoffman, LLP
300 Garden City Plaza, 5th Floor
Garden City, NY 11530
Telephone:  516-746-8000
Fax:  516-393-8282
Email: sschlesinger@jshllp.com

Adam S. Turk                                               *Counsel for Plaintiffs Ofra Levin, 33 Seminary*
Turk & Davidoff PLLC                                 *LLC, Binghousing Inc. and Rock View*
250 W 57th Street, #1218                            *Ventures LLC*
New York, NY  10107                                 *Case No. 2:12-cv-05696-ADS-AKT*
Telephone:  212-265-4900
Fax:  646-964-6600
Email: aturk@turkdavidoff.com

Barry Himmelstein
Himmelstein Law Network
2000 Powell Street, Suite 1605
Emeryville, CA  94608
Telephone:  510-450-0782
Fax:  510-380-6147
Email:  barry@himmellaw.com

By:   */s/ Lisa M. Simonetti*
           Lisa M. Simonetti

-5-

LA 51692625